**Order entered September 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00090-CV

**ELIA BRUNS, Appellant**

**V.**

**DALLAS INDEPENDENT SCHOOL DISTRICT, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08459**

## ORDER

We **GRANT** appellee's August 29, 2016 motion for leave to exceed the word limit in its brief. We **ORDER** the brief tendered to this Court by appellee on August 29, 2016 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE